IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ROSS STORES, INC., a Delaware corporation,<br><br>　　　　Plaintiff,<br>v.<br><br>THE JOYCE C. PEARSON REVOCABLE TRUST OF 2003, JAMES BURNS and ELIZABETH GOULD, Trustees of The Joyce C. Pearson Revocable Trust of 2003, BRUCE HOFFNER, SR., BRUCE HOFFNER, JR., SHAWN HOFFNER,<br><br>　　　　Defendants. | CASE NO. 3:15-cv-02110-LB<br><br>**[PROPOSED]** ORDER GRANTING REQUEST FOR DISMISSAL WITH PREJUDICE OF ACTION |

Having reviewed Plaintiff's Request for Dismissal with Prejudice, and finding good cause therefor,

**IT IS HEREBY ORDERED** that:

1. This matter is hereby dismissed in its entirety with prejudice, each party to bear their own attorney fees and costs.

**IT IS SO ORDERED.**

Dated: August 4, 2015

HON. LAUREL BEELER
UNITED STATES MAGISTRATE JUDGE